# CASE ANNOUNCEMENTS

*August 21, 2008*

[Cite as *08/21/2008 Case Announcements,* 2008-Ohio-4208.]

## MOTION AND PROCEDURAL RULINGS

**2007–2181.   Hudson City School Dist. Bd. of Edn. v. Summit Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2005–M–1566. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion to remand to implement a settlement,
It is ordered by the court that the motion is granted and this cause is remanded to the Board of Tax Appeals to implement the settlement agreement of the parties.

**2008–0095.   Wagenknecht v. Levin.**
Board of Tax Appeals, No. 2006–T–1007. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's request for an oral argument,
It is ordered by the court that the motion is denied and that the case shall be set for oral argument before a master commissioner.

## DISCIPLINARY CASES

**2008–1604.   In re Resignation of Gottlieb.**
This matter came on for consideration on August 12, 2008, upon the filing by the Office of Attorney Services of an application for retirement or resignation and the sealed report of Disciplinary Counsel. Upon consideration thereof,
It is ordered by the court, sua sponte, that the application and report are stricken, and this cause is hereby dismissed.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2008–1484.   State ex rel. Lynch v. Toledo Area Regional Transit Auth.**
Franklin App. No. 07AP–872, 2008-Ohio-3297.